742 A.2d 969

IN THE MATTER OF ROGER A. LEVY, AN ATTORNEY AT LAW.

January 11, 2000.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **ROGER A. LEVY** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1987, and who was suspended from the practice of law for a period of three months effective September 11, 1998, by Order of this Court dated September 10, 1998, be restored to the practice of law, effective immediately.